UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.   **ORDER**
Criminal No. 14-276 ADM

Leonard Dwayne Hill,

        Defendant.

_____

Leonard Dwayne Hill, pro se.

_____

This matter is before the undersigned United States District Judge for a ruling on Defendant Leonard Dwayne Hill's ("Hill") pro se Motion to Dismiss Indictment [Docket No. 233]. Hill challenges the constitutionality of his conviction for being a felon in possession of ammunition in violation of 18 U.S.C. § 922(g)(1).

Hill's Motion repeats arguments that have previously been considered and rejected by this Court and the Eighth Circuit. See United States v. Hill, 835 F.3d 796 (8th Cir. 2016) (affirming conviction); Mem. Op. Order, Jan. 16, 2020 [Docket No. 212] (denying Hill's motion to vacate judgment under 28 U.S.C. § 2255); Eighth Cir. J., Apr. 20, 2020 [Docket No. 220] (affirming denial of Hill's § 2255 motion); Mandate [Docket No. 221].

The present Motion constitutes a successive motion under 28 U.S.C. § 2255. The Eighth Circuit has expressly denied Hill the authority to bring such a motion. See Eighth Cir. J., Aug. 19, 2020 [Docket No. 228] (denying authority to file successive motion under 28 U.S.C. § 2255); Mandate [Docket No. 229].

Based on the foregoing, and all the files and proceedings herein, **IT IS HEREBY**

**ORDERED** that Defendant Leonard Dwayne Hill's pro se Motion to Dismiss Indictment [Docket No. 233] is **DENIED.**

BY THE COURT:

    s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT COURT

Dated:  November 24, 2020