UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                      **ORDER**
                                         Criminal No. 14-276 ADM

Leonard Dwayne Hill,

        Defendant.

___

Leonard Dwayne Hill, pro se.

___

This matter is before the undersigned United States District Judge for a ruling on Defendant Leonard Dwayne Hill's ("Hill") second pro se Motion for Compassionate Release [Docket No. 243] and pro se Motion to Reconsider Granting Compassionate Release [Docket No. 251]. Hill's first Motion for Compassionate Release [Docket No. 223] was denied in June 2020. See Mem. Op. Order [Docket No. 224].

In the current motions, Hill argues he has invented a cure for COVID-19 that will end the pandemic, and that these circumstances constitute extraordinary and compelling reasons for his release under 18 U.S.C. § 3582(c)(1)(A). Although Hill may be sincere in his belief that he has invented a cure for COVID-19, the belief is not based in reality and does not constitute an extraordinary and compelling reason for his release.

Accordingly, **IT IS HEREBY ORDERED** that the motions are **DENIED.**

                                         BY THE COURT:

                                             s/Ann D. Montgomery
                                           ANN D. MONTGOMERY
                                           U.S. DISTRICT COURT

Dated: December 20, 2021